## CLEVELAND GRAPHITE BRONZE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 10857.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1949.

Jones, Day, Cockley & Reaves, Cleveland, Ohio, and Sturgis Warner, Washington, D. C., Wm. B. Cockley, Theodore R. Colborn, Cleveland, Ohio, for appellant.

Theron L. Caudle, Chas. Oliphant, Claude R. Marshall, Ellis N. Slack, Robert N. Anderson and Irving I. Axelrad, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

### PER CURIAM.

The above cause coming on to be heard on the transcript of the record, the briefs of counsel, and arguments in open court, and the court being duly advised,

It is hereby ordered, adjudged, and decreed that the decision in the above case be and is hereby affirmed upon the findings of fact and opinion of the Tax Court of the United States, 10 T.C. 974.

■

■

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. AMERICAN BEMBERG CORPORATION, Respondent.
## AMERICAN BEMBERG CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### Nos. 10863, 10864.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1949.

Harry Marselli, Washington, D. C., Theron L. Caudle, Chas. Oliphant, John W. Smith, Ellis N. Slack, Helen Goodner, and I. Henry Kutz, Washington, D. C., for Commissioner.

John F. Dooling, Jr., New York City, Norris Darrell, John F. Dooling, Jr., New York City, for American Bemberg Corporation.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

### PER CURIAM.

The above cause coming on to be heard on the transcript of record, the briefs of counsel, and arguments in open court, after due consideration,

It is hereby ordered, adjudged, and decreed that the decisions in the above cases be and are hereby affirmed upon the findings of fact and opinion of the Tax Court of the United States, 10 T.C. 361.

■

## D. H. WILLEY LUMBER COMPANY, and D. H. Willey, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 10853.

United States Court of Appeals
Sixth Circuit.

Oct. 20, 1949.

L. F. Ratterman, Fred Ratterman, Cincinnati, Ohio, for petitioner.

Theron L. Caudle, Chas. Oliphant, Ellis N. Slack, A. F. Prescott and Maryhelen Wigle, Washington, D. C., Irving I. Axelrad, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

### PER CURIAM.

This cause came on to be heard upon the record and upon the oral arguments and briefs of attorneys for the parties; and it appearing to this court that the United States Tax Court found the facts in accordance with the evidence adduced, and in its carefully considered opinion correctly applied appropriate law to the facts found upon each of the items in controversy, the four decisions entered simultaneously on September 30, 1949, are affirmed.